24-957
SECT. R MAG. 5

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Tomarcus Porter #743697
Print the full name (first - middle - last) and
prisoner number of the plaintiff in this action.

CIVIL ACTION 24-957
NO. SECT. R MAG. 5
SECTION

versus

Jason William
Lance Wallance
Beau Bowmen
Brain Nicholas

Print the full name of all defendants in this
action.
DO NOT WRITE *et al.*

COMPLAINT

I.  Previous Lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved
       in this action or otherwise relating to your imprisonment?
       Yes ( )  No (✓)

TENDERED FOR FILING

APR 1 5 2024

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

B. If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit

   Plaintiffs _____
   _____

   Defendants _____
   _____

2. Court (If federal court, name of the district court; if state court, name the parish.) _____

3. Docket Number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)
_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )   No ( )

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.
_____
_____

II. PLACE OF PRESENT CONFINEMENT: **Rayburn Correctional Center**

A. Is there a prisoner grievance procedure in this institution?
Yes (✓)  No ( )

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (✓)  No ( )

C. If your answer is "yes",

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. **RCC-2021-749**

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? __yes__

D. If your answer is NO, explain why you have not done so: _____

III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A. Full Name of Plaintiff __Tomarcus Porter__
(First - Middle - Last)
Prisoner Number __743697__
Address __RCC 27268 Hwy 21 Angie LA 70426__
Date of Birth __04-02-1988__
Date of Arrest __8-14-2011__
Date of Conviction __4-11-2014__

3

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B. Defendant **Jason D Williams** is employed as **Master Sergeant Correctional Officer** at **Rayburn Correctional Center**
Address for service: **27268 Hwy 21 Angie LA 70426**

C. Defendant **Lance Wallace** is employed as **Ex Lieutenant Corrections Officer** at **Rayburn Correctional Center**
Address for service: **27268 Hwy 21 Angie LA 70426**

D. Defendant **Beau Bowman** is employed as **Ex Lieutenant Correctional Officer** at **27268 Hwy 21 Angie LA 70**
Address for service: _____

E. Defendant **Brain Nichols** is employed as **Ex Lieutenant Correctional Officer** at **Rayburn Correctional Center**
Address for service: **27268 Hwy 21 Angie LA 70426**

F. Defendant _____ is employed as _____ at _____
Address for service: _____

G. Defendant _____ is employed as _____ at _____
Address for service: _____

IV. Statement of Claim

(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

_____
_____
_____
_____
_____
_____

4

(Statement of Claim)

On the way to the Infarmery I got bring down by Lt Wallance and Lt Nichols I got hit when I was in full restraints and beat on off Camera by Sgt Williams Lt Beau Bowmen that was in the back of me. I was cuff Behind my back with Shackles on. I was on the walk when I was 2 hands exscorted by Lt Wallance and Lt Nichols. Then I got bring to the Grass and hit and jump on by 8 officers. Which had my right side of my jaw swollen. To were I also got a Concussion. Lt Wallance made it look like I tried to spit on him and Acted (Under Color of State Law). along with Lt Bowman Lt Nichols Sgt Williams. I also Got gas with chemical agent. I got retaliated against for breaking the bedframe. I was yelling for help and when they finish I got up and bring to the Infarmery. I got Evolurated by nurse Sherent Luper and she said that I need to go to the hospital for my Swollen Jaw. And it was Documented that I had a Concussion which I was hit on by several officer that Assalted me and beat me without Justification which Violated my 14th Due Process Amendment right. I also got Gas and A fabricated report was made Against me. With no evidence to prove the said Incident

V.   Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Request A Declaratory Judgment Injunctive Relief and Money damages any other Relief this Court Deem just

VI.  Plaintiff's Declaration

1)   I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2)   I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3)   I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4)   I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this 12 day of April, 2024.

_Tomarcus Roth_
(Signature of Plaintiff)

10/2015

5



Mr Tomarcus Porter
# 743687
Rayburn Correctional Center
27268. Hwy 21 f
Angie, LA 70426

#H0: United States District
Clerk's office
Hale Boggs Federal Bld
500 Poydras St, RM.C.151-AT
New Orleans, LA 70130



Case 2:24-cv-00957-SSV-MBN    Document 1    Filed 04/15/24    Page 8 of 8