UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TOMARCUS PORTER                                    CIVIL ACTION

VERSUS                                                       NO. 24-957

JASON WILLIAMS, ET AL.                          SECTION "R" (5)

## ORDER AND REASONS

Plaintiff Tomarcus Porter, an inmate incarcerated in the Rayburn Correctional Center in Angie, Louisiana, filed this *pro se* federal civil action pursuant to 42 U.S.C. § 1983 on April 15, 2024.[1]  On November 11, 2024, Magistrate Judge Michael B. North issued a Report and Recommendation ("R&R"), recommending that the Court dismiss plaintiff's claims against Lance Wallance, Beau Bowmen, and Brian Nicholas for failure to provide the Court or the United States Marshal with the information necessary to effect service on them.[2]  Porter did not object to the R&R.  Therefore, the Court reviews the R&R for clear error.  *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need

---

[1]     R. Doc. 1.
[2]     R. Doc. 24.

only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error.

Accordingly, the Court adopts Magistrate Judge North's R&R as its opinion. The Court DISMISSES WITHOUT PREJUDICE Porter's claims against Lance Wallance, Beau Bowmen, and Brian Nicholas pursuant to Federal Rule of Civil Procedure 4(m).

New Orleans, Louisiana, this __6th__ day of December, 2024.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE